**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No.: 1:16-cv-01346-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| FAITH PEREZ, et al., | ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE |
| Defendants. | |

Plaintiff Gregory Ell Shehee ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983, on September 12, 2016. That same day, he also filed a motion for leave to proceed in forma pauperis. (Doc. 2.)

Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] The Court takes judicial notice of the following United States District Court cases:  Shehee v. Marie, et al., 2:00-cv-01311-LKK-JFM (E.D. Cal. Jan. 5, 2001) (dismissed for failure to state a claim); Shehee v. Martin et al., 2:01-cv-0163-DFL-PAN (E.D. Cal. Aug. 16, 2001) (dismissed for failure to state a claim); Shehee v. Peugh,

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g). <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff asserts that from sometime in December 2013 until February 8, 2015, Faith Perez, a psychiatric technician at Coalinga State Hospital, sexually abused him, and his claims arise out of the alleged abuse. He further alleges that he is an ex-patient of that hospital, having left that institution on February 9, 2016 (Doc. 1, pp. 3 and 8), and who is currently being held at the Fresno Men's County Jail, (<u>id.</u> at 1). Plaintiff makes no allegations concerning any imminent danger of serious physical injury. Therefore, Plaintiff has not satisfied the exception from the three strikes bar under 28 U.S.C. § 1915(g), and must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is DENIED; and,

2.      This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   October 14, 2016

_____
SENIOR  DISTRICT  JUDGE

et al., 1:14-cv-0612-LJO-SKO (E.D. Cal. Dec. 17, 2014) (dismissed for failure to state a claim); <u>Shehee v. Beuster, et al.</u>, 1:14-cv-00122-LJO-BAM (E.D. Cal. Feb. 27, 2015) (dismissed for failure to state a claim); <u>Shehee v. Flores, et al.</u>, 1:14-cv-00589-LJO-GSA (E.D. Cal. Apr. 2, 2015) (dismissed for failure to state a claim); <u>Shehee v. King</u>, 1:14-cv-00590-AWI-GSA (E.D. Cal. Apr. 3, 2015) (dismissed for failure to state a claim); <u>Shehee v. Villalobos</u>, 1:14-cv-00622-LJO-DLB (Apr. 13, 2015) (dismissed for failure to state a claim); and <u>Shehee v. Ahlin, et al.</u>, 1:14-cv-0005-LJO-DLB (Mar. 29, 2016) (dismissed for failure to state a claim).