# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FAITH PEREZ, et al.,<br><br>　　　　　Defendants. | 1:16-cv-01346-AWI-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

　　　　Plaintiff, a county jail inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2016.  On February 6, 2017, the Court directed Plaintiff to submit a prisoner application to proceed in forma pauperis in this action.  (ECF No. 11).  In response, on March 3, 2017, Plaintiff filed an application to proceed in forma pauperis.  The application was incomplete.  Plaintiff reported that he had received money in the form of a settlement check, but he failed to clearly describe the source of the money, the amount received, and if he expected to receive additional amounts.  (ECF No. 13).   Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within forty-five days from service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

　　　　2.　　No extension of time will be granted without a showing of good cause; and

　　　　3.　　The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

　　Dated:　**March 14, 2017**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28