# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FAITH PEREZ, et al.,<br><br>　　　　　Defendants. | 1:16-cv-01346-AWI-BAM (PC)<br><br>ORDER DENYING MOTION FOR JUDGMENT AS PREMATURE<br><br>(ECF No. 16) |

Plaintiff, a county jail inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2016. On March 15, 2017, the Court ordered Plaintiff to file a completed application to proceed in forma pauperis within forty-five (45) days. (ECF No. 15). To date, Plaintiff has not filed a completed application or paid the filing fee in full.

On March 20, 2017, Plaintiff filed an untitled document in which he complains about being moved to a different floor of the county jail and having his documents taken. Plaintiff believes that judgment should be entered in his favor against the Department of State Hospitals defendants because the Sheriff's Department has ties to the state hospital. (ECF No. 16).

To the extent Plaintiff requests entry of judgment, his request is premature. Plaintiff has neither paid the filing fee in this action nor filed a completed application to proceed in forma pauperis. The Court also has not screened Plaintiff's complaint to determine if it states a claim for relief. 28 U.S.C. § 1915(e)(2)(B)(ii). Further, no defendant has been served or appeared in

this action. Accordingly, Plaintiff's request for entry of judgment is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated: **March 27, 2017**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE