1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9              EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY ELL SHEHEE,                    Case No.  1:16-cv-01346-AWI-BAM (PC)

12                    Plaintiff,            ORDER GRANTING MOTION FOR COURT
                                            ORDER DIRECTING SHERIFF'S
13          v.                              DEPARTMENT TO SEND $400.00 FILING
                                            FEE
14   PEREZ, et al.,                         (ECF No. 25)

15                    Defendants.           ORDER DIRECTING PAYMENT OF
                                            INMATE FILING FEE BY FRESNO
16                                          COUNTY JAIL

17                                          **TEN (10) DAY DEADLINE**

18

19          Plaintiff Gregory Ell Shehee ("Plaintiff") is a county jail inmate proceeding pro se in this

20   civil rights action pursuant to 42 U.S.C. § 1983.

21          Currently before the Court is Plaintiff's motion requesting the Court to collect the $400.00

22   filing fee for this case directly from his inmate trust account.  (ECF No. 25.)  Plaintiff states that

23   he has attempted to have the Sheriff's Department send his payment, but has received no

24   responses to his requests and grievances.  Therefore, he requests that the Court collect the full

25   payment by order.

26          Plaintiff's motion is granted, and the Court finds that Plaintiff has authorized the Fresno

27   County Sheriff's Department to collect the amount of his filing fee and forward that amount to

28   the Clerk of the Court.

                                                 1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion requesting the Court to order the Sheriff's Department to send $400.00 to Case <u>Shehee v. Perez</u>, 1:16-cv-01346-AWI-BAM PC, (ECF No. 25), is GRANTED;

2. **The Sheriff of Fresno County Jail or his or her designee shall collect from Plaintiff's inmate trust account a one-time filing fee of $400.00 and shall forward that amount to the Clerk of the Court within <u>ten (10) days</u> from the date of service of this order. The payment shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order on the Sheriff of Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **August 16, 2017**              /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE