**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FAITH PEREZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01346-AWI-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE FEBRUARY 28, 2018 ORDERS (ECF Nos. 39, 40) ON PLAINTIFF<br><br>ORDER EXTENDING DEADLINE TO SUBMIT SERVICE DOCUMENTS AND FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 23, 2018, Plaintiff notified the Court of his willingness to proceed only the claims found cognizable in his first amended complaint. (ECF No. 38.) Pursuant to that notice and the screening of the first amended complaint pursuant to 28 U.S.C. § 1915A, on February 28, 2018, the Court directed Plaintiff to submit service documents for Defendants Perez and Lain within thirty (30) days. (ECF No. 40.) The Court further issued findings and recommendations to dismiss the remaining claims and defendants from this action, and directed Plaintiff to file any objections within fourteen (14) days. (ECF No. 39.)

On March 6, 2018, Plaintiff's address was changed. Pursuant to Plaintiff's notice of change of address, the Court finds it appropriate to extend the deadlines for Plaintiff to submit

service documents and to file any objections to the pending findings and recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the following on Plaintiff at his current address of record:
    a. February 28, 2018 order directing Plaintiff to submit service documents and USM-285 forms, (ECF No. 40), and all related attachments; and
    b. February 28, 2018 findings and recommendations, (ECF No. 39).
2. Plaintiff shall submit the required service documents, as explained in the Court's February 28, 2018 order, (ECF No. 40), within **thirty (30) days** from the date of service of this order;
3. Plaintiff shall file any written objections to the Court's February 28, 2018 findings and recommendations, (ECF No. 39), within **thirty (30) days** from the date of service of this order; and
4. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **March 7, 2018**         /s/ *Barbara A. McAuliffe* _
                                       UNITED STATES MAGISTRATE JUDGE