# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>  Plaintiff,<br><br>v.<br><br>FAITH PEREZ, et al.,<br><br>  Defendants. | Case No. 1:16-cv-01346-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SERVICE DOCUMENTS<br><br>(ECF No. 44)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a former county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 23, 2018, Plaintiff notified the Court of his willingness to proceed only the claims found cognizable in his first amended complaint. (ECF No. 38.) Pursuant to that notice and the screening of the first amended complaint pursuant to 28 U.S.C. § 1915A, on February 28, 2018, the Court directed Plaintiff to submit service documents for Defendants Perez and Lain within thirty (30) days. (ECF No. 40.) The Court further issued findings and recommendations to dismiss the remaining claims and defendants from this action, and directed Plaintiff to file any objections within fourteen (14) days. (ECF No. 39.) Thereafter, Plaintiff filed two notices of change of address, and the Court extended the deadlines for Plaintiff to submit service documents and to file any objections to the pending findings and recommendations. (ECF No. 42.)

///

1

Currently before the Court is a notice filed by Plaintiff on May 3, 2018. (ECF No. 44.) Plaintiff states that he has been released to Lancaster, California, but is currently homeless. Plaintiff further states that his parole officer is in possession of his legal documents, including the completed service documents. Plaintiff requests a thirty-day extension of time so he can obtain the documents and a copy of the complaint from his parole officer and return them to the Court. (Id.)

Having considered the request, the Court finds good cause to allow Plaintiff a further extension of time to file service documents in this matter. However, in light of Plaintiff's prior willingness to proceed only on the claims found cognizable in his first amended complaint, and Plaintiff's failure to address the issue in the instant notice, the Court will not extend the deadline for Plaintiff to file objections to the pending findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to submit service documents, (ECF No. 44), is GRANTED;
2. Plaintiff's completed service documents for Defendants Lain and Perez, as discussed in the Court's February 28, 2018 order, are due within **thirty (30) days** from the date of service of this order; and
3. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: **May 8, 2018**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE