# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No. 1:16-cv-01346-AWI-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| PEREZ, et al., | |
| Defendants. | (ECF Nos. 40, 45) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a former county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Perez for excessive force in violation of the Fourteenth Amendment and against Defendant Lain for failure to protect in violation of the Fourteenth Amendment.

On February 28, 2018, the Court issued an order authorizing service of Plaintiff's first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 40.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 3.)

Thereafter, the Court granted two extensions of time for Plaintiff to file service documents for Defendants. (ECF Nos. 42, 45.) The Court explicitly warned Plaintiff that failure to comply

1

with the Court's orders would result in dismissal of this action. (ECF No. 42, p. 2; ECF No. 45, p. 2.) Plaintiff's USM-285 form and summons for Defendants Perez and Lain were due on or before June 11, 2018. As of the date of this order, Plaintiff has not submitted the USM-285 forms, summons, or copies of the complaint. Plaintiff has not complied with the Court's orders, or otherwise communicated with the Court regarding this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants Perez and Lain, as discussed in the Court's February 28, 2018 order, or shall show cause in writing why this action should not be dismissed; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: **June 19, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE