# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>           Plaintiff,<br><br>   v.<br><br>PEREZ,<br><br>           Defendant. | Case No. 1:16-cv-01346-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF DEFENDANT LAIN WITHOUT PREJUDICE FOR FAILURE TO SERVE<br><br>(ECF No. 59)<br><br>ORDER TO RECAPTION CASE |

       Plaintiff Gregory Ell Shehee ("Plaintiff") is a former county jail inmate proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff was a civil detainee at the time of the events at issue. This action proceeds on Plaintiff's first amended complaint against Defendant Perez for excessive force in violation of the Fourteenth Amendment and against Defendant Lain for failure to protect in violation of the Fourteenth Amendment. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 9, 2019, the assigned Magistrate Judge issued Findings and Recommendations recommending dismissal of Defendant Lain from this action, without prejudice, for failure to serve process under Federal Rule of Civil Procedure 4(m). (ECF No. 59.) Those Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) More than fourteen days have

1

passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on January 9, 2019, (ECF No. 59) are adopted in full;
2. Defendant Lain is dismissed, without prejudice;
3. This action shall proceed only on Plaintiff's first amended complaint against Defendant Perez for excessive force in violation of the Fourteenth Amendment;
4. This action no longer proceeds against multiple defendants, and the caption for this case shall be as reflected above; and
5. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: February 26, 2019

SENIOR DISTRICT JUDGE